S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
AINSLEY MCNERNEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: steven.skrocki@usdoj.gov
Email: ainsley.mcnerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MIKHAIL BEANS,<br><br>　　　　　　Defendant. | No. 3:23-cr-00034-JMK-MMS<br><br>COUNTS 1-2:<br>LACEY ACT<br>　Vio. of 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B)<br><br>COUNTS 3-22:<br>WIRE FRAUD<br>　Vio. of 18 U.S.C. § 1343 |

**INDICTMENT**

The Grand Jury charges that:

INTRODUCTORY ALLEGATIONS

At all times relevant to this indictment:

1.　St. Mary's, Alaska, (St. Mary's) is a community of approximately 600 residents which is located on the Andreafsky River, approximately five (5) miles from its

confluence with the Yukon River. St. Mary's is located within Game Management Unit (GMU) 18 as designated by the Alaska Department of Fish and Game (ADFG).

2. Hunting is permitted in the St. Mary's area and all hunters, guide-outfitters, and transporters are required to follow state of Alaska hunting regulations.

3. Defendant MICHAEL MIKHAIL BEANS (BEANS) is a resident of St. Mary's, Alaska.

4. BEANS has never held a state of Alaska big game guide-outfitter license, nor has BEANS ever held a big game transporter (transporter) license with the state of Alaska.

5. From on or about at least October 31, 2021, and continuing up to on or about December 14, 2022, within the District of Alaska and elsewhere, BEANS would openly advertise on specific Facebook hunting forums where he offered guide-outfitter and transporter services for 2022, 2023, and 2024 bull moose hunts out of St. Mary's, Alaska. At all times relevant to this indictment, BEANS was not and is not licensed by the state of Alaska as a big game guide-outfitter nor as a transporter.

6. Between on or about at least October 31, 2021, and continuing up to on or about December 14, 2022, within the District of Alaska and elsewhere, BEANS fraudulently collected more than $59,000.00 in deposits, advance payments, and other monies from approximately 37 non-Alaska resident (non-resident) hunters for guide-outfitted and/or big game transporter services for bull moose hunts when not licensed to do so by the state of Alaska.

7. The approximately 37 non-resident hunters made up several hunting parties comprised of a few individuals each. Approximately 20 individuals among those several

hunting parties paid BEANS large sums in advanced fees as either a deposit or for BEANS' alleged needs described in detail below. These payments account for the conduct described in Counts 3-22 of the Indictment and are reflected in the table below.

8. It was part of the scheme that, at all times relevant to this indictment, and after contact on Facebook, BEANS would contact hunters by text, phone, or Facebook private message. In some messages, BEANS conveyed costs of the hunt and would receive deposit amounts to book a hunt with him. In subsequent messages after the deposit was received, BEANS would ask hunters for additional money to pay for alleged upcoming expenses for which BEANS allegedly did not have the necessary funds, to wit; boat fuel for the hunting trip, home heating fuel, and funds to purchase a fictitious new outboard motor. BEANS also promised a reduced hunting rate if hunters would pay in full early or would assist BEANS by advancing funds for the alleged needs described above. Many hunters paid advanced fees months before the hunt was to occur. By these fraudulent representations, BEANS collected more than $59,000 in payments from hunters who paid BEANS electronically through Venmo, Apple pay, or other electronic financial services.

9. On or about September 1, 2022, the first group of hunters arrived in St. Mary's to begin their hunts with BEANS. Without meeting any of the hunters in person, BEANS cancelled the hunts via text message, in Reach device or by just not communicating with the hunter(s). When he did communicate to cancel a hunt, BEANS gave differing reasons for canceling the hunts, including but not limited to hospitalization, illness, and a death in the family.

10. From on or about September 19, 2022, through September 23, 2022, BEANS took three clients moose hunting. These clients went to BEANS' home, after BEANS had initially tried to cancel their trip, and demanded that BEANS take them hunting as per their agreement. BEANS did so. Three bull moose were killed with BEANS acting as a guide outfitter and transporter on two of those hunts.

11. In May 2022, BEANS and his family of 7 vacationed in Oahu, Hawaii, for more than two weeks.

12. As of this date, BEANS has reimbursed one hunter $700.00.

## RELEVANT FEDERAL LAW

13. Section 3372(c)(1) of the Lacey Act states it is deemed to be a sale of wildlife in violation of this chapter for a person for money or other consideration offers or provides guiding, outfitting, or other services.

14. Section 3372(a)(2)(A) of the Lacey Act makes it unlawful for any person to transport in interstate commerce, any wildlife sold in violation of any law or regulation of any State.

## RELEVANT STATE OF ALASKA LAW AND REGULATIONS

15. Alaska Statute Title 8, Chapter 54.720(a)(9) states it is unlawful for a person without a current registered guide-outfitter license to knowingly guide or represent to be a registered guide-outfitter.

16. Alaska Statute Title 8, Chapter 54.650, Transporter License, provides as follows:

//

a) A person is entitled to a transporter license if the person

   1. applies for a transporter license on a form provided by the department; and

   2. pays the license application fee and the license fee.

b) A transporter may provide transportation services and accommodations to big game hunters in the field at a permanent lodge, house, or cabin owned by the transporter or on a boat with permanent living quarters located on salt water. A transporter may not provide big game hunting services without holding the appropriate license.

c) A transporter shall provide an annual activity report on a form provided by the department. An activity report must contain all information required by the board by regulation.

17. Alaska Statute Title 8, Chapter 54.720(11) prohibits a person without a current registered guide-outfitter license to knowingly outfit a big game hunt, provide outfitting services, advertise as an outfitter of big game hunts, or represent to be an outfitter of big game hunts.

18. Alaska Statute Title 8, Chapter 54.720 (12) prohibits a person to knowingly provide transportation services to big game hunters without holding a current registered guide-outfitter license or transporter license.

19. Alaska Statute Title 8, Chapter 54.720 (13) prohibits a person without a current transporter license to knowingly advertise as, or represent to be, a transporter.

20. Title 5, Alaska Administrative Code, Chapter 92.140(a) makes it unlawful to possess and transport game or parts of game that the person knows or should know were taken in violation of Alaska Statute Title 16 or a regulation adopted under Alaska Statute Title 16.

The Grand Jury charges that:

## COUNTS 1-2

21. From on or about September 19, 2022, and continuing up to on or about September 23, 2022, within the District of Alaska and elsewhere, the defendant, MICHAEL MIKHAIL BEANS, did knowingly transport wildlife which he knew had been sold in violation of the laws of the state of Alaska, to wit, in that MICHAEL MIKHAIL BEANS was not a guide-outfitter licensed by the state of Alaska, in violation of Alaska Statute Title 8, Chapter 54.720 (12), with each count below being a separate and distinct count:

| Count | Date of Kill | Client | Species | Hunt Cost | Moose Transported |
|---|---|---|---|---|---|
| 1 | September 21, 2022 | M.S. | Bull Moose | $5,315.00 | South Dakota |
| 2 | September 22, 2022 | D.S. | Bull Moose | $5,315.00 | Montana |

All in violation of the Lacey Act, 16 U.S.C. § 3372(a)(2)(A), and 16 U.S.C. § 3373(d)(1)(B).

## COUNTS 3-22

Paragraphs 1-21 are incorporated by reference fully herein.

//

//

## THE SCHEME

22. From a date unknown but no later than on or about October 31, 2021, and continuing to on or about December 14, 2022, within the District of Alaska and elsewhere, the defendant, MICHAEL MIKHAIL BEANS (BEANS), knowingly devised and intended to devise a scheme to defraud non-resident hunters, as to material matters, and to obtain money and property from non-resident hunters by means of materially false and fraudulent pretenses, representations and promises, and the concealment of material facts.

## MANNER AND MEANS

The scheme operated, in substance, in the following manner:

23. BEANS posted advertisements on various Facebook Alaska Hunting forums offering trophy bull moose hunts out of St. Mary's, Alaska.

24. BEANS further responded to hunters posting questions on hunting forums, such as 'looking for a good guide,' by offering in response guided moose hunts.

25. Once contacted by interested hunters, BEANS informed the interested hunters that, for a fee, BEANS would guide, outfit, provide meals, a cabin and transport the hunters from St. Mary's, Alaska, to the remote cabin on the Andreafsky River. BEANS falsely represented to and promised interested hunters he would locate and scout for trophy bull moose, and that the fee would also provide in-the-field services, such as caping and field dressing of any killed bull moose, along with transportation of the moose and hunters back to St. Mary's, Alaska. With respect to Counts 3-22, BEANS did none of these things.

26. In falsely representing and promising to do so as described, BEANS then received down payments and deposits by wire from interested hunters for hunts.

27. BEANS failed to inform the client hunters, after having received their wired deposits for the hunts, the material fact that he did not possess a state of Alaska big game guide-outfitter license nor a transporter license.

28. When asked by hunters about whether he had the appropriate licenses for these hunts, BEANS falsely represented to hunters, among other things, that he possessed the appropriate licenses or did not need to have the licenses.

29. BEANS furthered the false representation in some instances by sending his ADFG hunting license or a false license number claiming it to be his big game guiding license.

## ACTS IN EXECUTION

30. On or about October 31, 2021, and continuing to on or about December 14, 2022, at St. Mary's, Alaska, within the District of Alaska and elsewhere, defendant, MICHAEL MIKHAIL BEANS, did knowingly, and with intent to defraud, devise and intent to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and for the purpose of executing the scheme described above, and attempting to do so, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain signals, namely causing the electronic transfers of funds across state lines with each such use of the wires listed below for electronic transmission of funds constituting a separate and distinct count:

| Count | Client | State of Residence | Hunt Date Booked in 2022 | Payment Method | Payment Date | Amount |
|---|---|---|---|---|---|---|
| 3 | JM | South Carolina | Sept 1-14 | Venmo | July 18, 2022 | $450.00 |
| 4 | JM | South Carolina | Sept 1-14 | Venmo | December 10, 2021 | $2,000 |
| 5 | JM | South Carolina | Sept 1-14 | Venmo | July 21, 2022 | $1,000 |
| 6 | DS | Sturgis, SD | Sept 17-25 | Venmo | January 16, 2022 | $1,000 |
| 7 | JW | Austin, KY | Sept 20-30 | Paypal | Unknown | $500 |
| 8 | DB | Lake Stevens, WA | Sept 20-30 | Venmo | May 10, 2022 | $1,000 |
| 9 | LB | Peculiar, MO | Sept 20-27 | Venmo | January 12, 2022 | $1,495 |
| 10 | LB | Peculiar, MO | Sept 20-27 | Venmo | January 15, 2022 | $1,500 |
| 11 | LB | Peculiar, MO | Sept 20-27 | Venmo | January 21, 2022 | $1,000 |
| 12 | LB | Peculiar, MO | Sept 20-27 | Venmo | January 23, 2022 | $1,200 |
| 13 | FP | Shreveport, LA | Sept 20-27 | Venmo | March 7, 2022 | $1,000 |
| 14 | CG Party | Dowagiac, MI | Sept 20-30 | Venmo | June 30, 2022 | $1,200 |
| 15 | SW | Rosholt, WI | Sept 19-30 | Venmo | May 6, 2022 | $1,500 |
| 16 | BB | Greentop, MO | Sept 20-30 | Western Union | April 22, 2022 | $2,000 |
| 17 | RW | Le Sueruer, MN | Sept 21-Oct 1 | Venmo | August 12, 2022 | $1,200 |
| 18 | JS | Veronia, OR | Sept 23-30 | Venmo | March 11, 2022 | $2,000 |
| 19 | SW | Redding, CA | Sept 6-15 | Venmo | July 22, 2022 | $1000 |
| 20 | DN | Fort Smith, AR | Sept 20-28 | Venmo | February 18, 2022 | $975 |

| 21 | JS | Idianola, IA | Sept 16-30, 2023 | Venmo | October 31, 2022 | $1,000 |
| 22 | Under Cover Hunters | | Sep 20-30 | Apple Pay | April 7, 2022 | $1,200 |

All in violation of 18 U.S.C. § 1343.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America


s/ Ainsley McNerney
AINSLEY MCNERNEY
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


DATE:   April 19, 2023